**UNITED STATES of America,**
**Appellee,**

v.

**Therase LaShown WARREN, also known as "Slow," Appellant.**

**No. 03–1996.**

United States Court of Appeals,
Eighth Circuit.

Submitted May 10, 2004.

Decided May 17, 2004.

---

Jeffrey S. Paulsen, U.S. Attorney's Office, Minneapolis, MN, for Plaintiff–Appellee.

Gary R. Bryant–Wolf, Minneapolis, MN, for Defendant–Appellant.

Therase LaShown Warren, No. 10553–041, Pekin, IL, pro se.

Before MURPHY and FAGG, Circuit Judges, and GOLDBERG,* Judge of the United States Court of International Trade.

PER CURIAM.

A jury convicted Therase LaShown Warren of distributing eight and a half ounces of crack cocaine to a cooperating witness on July 15, 2002. Warren appeals asserting the evidence was insufficient to convict him. Having carefully reviewed the record in the light most favorable to the verdict, we conclude a reasonable jury could have found beyond a reasonable doubt that Warren distributed crack cocaine. *See United States v. Davis*, 357 F.3d 726, 728 (8th Cir.2004) (standard of review). Evidence included testimony by the cooperating witness, testimony by the surveillance officers, transcripts of telephone conversations between Warren and the cooperating witness, Warren's finger-prints on the plastic bag containing the crack cocaine sold to the cooperating witness, and Warren's possession of the pre-recorded buy money in his pants pocket immediately after the transaction. Any questions about the cooperating witness's testimony was for the jury alone to decide, and other evidence supported the cooperating witness's testimony. *See id.* Contrary to Warren's assertion, the officers thoroughly searched the cooperating witness and his vehicle before the transaction occurred.

We thus affirm Warren's conviction.** *See* 8th Cir. R. 47B.

* The Honorable Richard W. Goldberg, Judge of the United States Court of International Trade, sitting by designation.

** The Honorable Donovan W. Frank, United States District Judge for the District of Minnesota.